JOHN K. PARKER, PLAINTIFF IN ERROR, v. THE STATE OF NEW JERSEY, DEFENDANT IN ERROR.

Submitted July 11, 1898—Decided March 6, 1899.

On error to the Supreme Court. For opinion of the Supreme Court, see 32 *Vroom* 308.

For the plaintiff in error, *R. T. & W. B. Stout.*

For the defendant in error, *Wilbur A. Heisley,* prosecutor of the pleas.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, VAN SYCKEL, LUDLOW, COLLINS, BOGERT, NIXON, HENDRICKSON, ADAMS, VREDENBURGH.   9.

*For reversal*—None.